**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| **MARION COSTER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 18-cv-01995 (APM)** |
| | ) | |
| **STEVEN SCHWAT,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

Pursuant to the parties' Report under Local Civil Rule 16.3 and the Status Conference held

on March 25, 2021, the court orders the following with regard to further proceedings in this matter:

I.    <u>Scheduling.</u>

        A.    The deadline for joinder of parties and amendments of pleadings is **August 31, 2021**;

        B.    Fact discovery shall conclude on **November 30, 2021**;

        C.    The parties shall submit a Joint Status Report regarding the status of discovery on or before **December 7, 2021**;

        D.    Plaintiff's expert reports and disclosures, consistent with Rule 26(a)(2), shall be made no later than **December 15, 2021**;

        E.    Defendants' expert report and disclosures, consistent with Rule 26(a)(2), shall be made no later than **February 15, 2022**;

        F.    Plaintiff's rebuttal expert reports and disclosures, consistent with Rule 26(a)(2), shall be made on or before **March 1, 2022**;

        G.    The parties shall submit a Joint Status Report regarding the status of discovery on or before **March 8, 2022**;

        H.    All discovery shall conclude on **March 24, 2022**; and

I.      A Post-Discovery Status Conference is set for **March 29, 2022, at 10 a.m.** in Courtroom 10.

**The parties may not extend by stipulation the deadline for the Joint Status Report, discovery deadline, or the Post-Discovery Conference. Instead, the parties must seek an extension of time, preferably by filing a consent motion with the court. A motion to extend any deadline shall indicate whether any previous extensions were requested and granted.**

**The parties may modify all other interim deadlines by stipulation. If the parties cannot agree to a schedule modification, the party seeking additional time must file a motion and show good cause for the modification.**

II.     Discovery Disputes.

Parties shall not exceed the numerical limitations placed on the various methods of discovery as set forth in the Federal Rules of Civil Procedure, unless granted leave by the court.

In the event that a discovery dispute arises, the parties shall make a good faith effort to resolve or narrow the areas of disagreement. If the parties are unable to resolve the discovery dispute, then the parties shall jointly call Judge Mehta's chambers at (202) 354-3250, at which time the court will either rule on the issue or determine the manner in which it will be handled. The parties may not file a discovery motion without leave of court.

Disputes regarding discovery must be raised on or before the discovery deadline. Disputes raised after the deadline will be considered untimely. Likewise, a request for additional time to conduct discovery must be made on or before the discovery deadline. A request for an extension of time made after the discovery deadline will be considered untimely.

III.    Settlement.

The parties are expected to continue to evaluate their respective cases for purposes of settlement. The court encourages the use of alternative dispute resolution—e.g., mediation or neutral case evaluation. The use of these methods is available at any time, as is a settlement conference before a magistrate judge. If the parties are interested in further pursuing these options, then they may contact chambers at any time.

Dated:  March 25, 2021

Amit P. Mehta
United States District Court Judge