IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARION COSTER, for herself <br> and derivatively on behalf of <br> UIP COMPANIES INC. <br><br> *Plaintiffs*, <br><br> v. <br><br> STEVEN F. SCHWAT, et al., <br><br> *Defendants*, | \* <br> \* <br> \* <br> \* <br> \* <br> \*   Civil Action No. 18-CV-1995-APM <br> \* <br> \* <br> \* <br> \* <br> \* <br> \* <br> \* |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

To accommodate the schedules of counsel, the parties have agreed, subject to the Court's approval, to the following modifications to the following case deadlines set forth in the Court's March 25, 2021 Order (ECF No. 35):

- **Close of Fact Discovery** – December 16, 2021 (currently 11/30/21)

- **Joint Status Report Re Discovery Status** – December 23, 2021 (currently 12/7/21)

- **Plaintiffs' Expert Reports & Rule 26(a)(2) Disclosures** – January 14, 2022 (currently 12/15/21)

- **Defendants' Expert Reports & Rule 26(a)(2) Disclosures** – March 14, 2022 (currently 2/15/22)

- **Plaintiff's Rebuttal Expert Reports & Rule 26(a)(2) Disclosures** – March 27, 2022 (currently 3/1/22)

- **Joint Status Report Re Discovery Status** – March 28, 2022 (currently 3/8/22)

- **Post-Discovery Status Conference** – March 29, 2022 at 10:00 am (no change)

\* \* \* \*

In making this request, the parties note this is their first request for modification of the Court's scheduling Order entered March 25, 2021 (ECF No. 35).

Respectfully submitted,

Dated: September 1, 2021

/s/Michael K. Ross
Michael K. Ross (D.C. Bar No. 458573)
Serine R. Consolino (D.C. Bar No. 740826)
Branden Lewiston (D.C. Bar No. 252550)
AEGIS LAW GROUP LLP
801 Pennsylvania Avenue, N.W., Suite 740
Washington, D.C. 20004
Tel: (202) 737-3373
Fax: (202) 735-5071
mross@aegislawgroup.com
sconsolino@aegislawgroup.com
blewiston@aegislawgroup.com

*Counsel for Marion Coster*

AND

/s/Deborah B. Baum
Deborah B. Baum (D.C. Bar No. 393019)
William C. Miller (D.C. Bar No. 187447)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC 20036
Telephone: 202.663.8000
Facsimile: 202.663.8007
deborah.baum@pillsburylaw.com
william.c.miller@pillsburylaw.com

*Counsel for Defendants*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2021, I electronically filed the foregoing document with the Clerk of the Court using the electronic court filing system, which will provide notification of such filing to all counsel of record.

/s/Michael K. Ross<br>
Michael K. Ross