IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARION COSTER, for herself  \*
and derivatively on behalf of  \*
UIP COMPANIES INC.  \*
\*
*Plaintiffs*,  \*
\*  Civil Action No. 18-CV-1995-APM
v.  \*
\*
STEVEN F. SCHWAT, et al.,  \*
\*
*Defendants*,  \*
\*
\*

**<u>ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER</u>**

Upon consideration of the parties' Joint Motion to Modify Scheduling Order,

IT IS HEREBY ORDERED that the motion is granted, and the case deadlines are modified as follows:

- **Close of Fact Discovery** – January 17, 2022

- **Joint Status Report Re Discovery Status** – January 24, 2022

- **Plaintiffs' Expert Reports & Rule 26(a)(2) Disclosures** – February 14, 2022

- **Defendants' Expert Reports & Rule 26(a)(2) Disclosures** – April 14, 2022

- **Plaintiff's Rebuttal Expert Reports & Rule 26(a)(2) Disclosures** – April 28, 2022

- **Close of Expert Discovery** – May 12, 2022

- **Joint Status Report Re Discovery Status** – May 13, 2022

Dated:                                                  _____
                                                                                             AMIT P. MEHTA  
                                                                                             UNITED STATES DISTRICT JUDGE