IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARION COSTER, *et al.*, * <br> * <br> *Plaintiffs*, * <br> * <br> v. * <br> * <br> STEVEN F. SCHWAT, *et al.*, * <br> * <br> *Defendants*, * <br> * <br> * | Civil Action No. 18-CV-1995-APM |

### CONSENT MOTION TO MODIFY SCHEDULING ORDER

To provide additional time to complete discovery after the resolution of the pending Motion to Compel, a hearing for which is scheduled for May 12, 2022, Plaintiffs request, with Individual Defendants' consent, the following modifications to the following case deadlines set forth in the Court's March 3, 2022 Minute Order:

- **Close of Fact Discovery** – August 1, 2022 (currently 05/03/2022)

- **Joint Status Report Re Discovery Status** – August 8, 2022 (currently 05/10/2022)

- **Plaintiffs' Expert Reports & Rule 26(a)(2) Disclosures** – August 29, 2022 (currently 05/31/2022)

- **Defendants' Expert Reports & Rule 26(a)(2) Disclosures** – October 27, 2022 (currently 07/29/2022)

- **Plaintiff's Rebuttal Expert Reports & Rule 26(a)(2) Disclosures** – November 10, 2022 (currently 08/12/2022)

- **Close of Discovery** – November 28, 2022 (currently 08/26/2022)

- **Post-Discovery Status Conference** – December 1, 2022 (currently 09/02/2022).

\*   \*   \*   \*

Plaintiffs note this is the fifth request for modification of the Court's Scheduling Order.

Respectfully submitted,

Dated:  April 22, 2022

*/s/Branden Lewiston*
Michael K. Ross (D.C. Bar No. 458573)
Serine R. Consolino (D.C. Bar No. 740826)
Branden Lewiston (D.C. Bar No. 252550)
AEGIS LAW GROUP LLP
801 Pennsylvania Avenue, N.W., Suite 740
Washington, D.C. 20004
Tel: (202) 737-3373
Fax: (202) 735-5071
mross@aegislawgroup.com
sconsolino@aegislawgroup.com
blewiston@aegislawgroup.com

*Counsel for Plaintiffs*

- 3 -

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 22, 2022, I electronically filed the foregoing document with the Clerk of the Court using the electronic court filing system, which will provide notification of such filing to all counsel of record.

                */s/Branden Lewiston*
                Branden Lewiston