IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARION COSTER, *et al.*, | * |
| | * |
| *Plaintiffs*, | * |
| | *   Civil Action No. 18-CV-1995-APM |
| v. | * |
| | * |
| STEVEN F. SCHWAT, *et al.*, | * |
| | * |
| *Defendants*, | * |
| | * |
| _____ | * |

**CONSENT MOTION TO MODIFY SCHEDULING ORDER & FOR CONTINUANCE OF MAY 12, 2022 MOTION TO COMPEL HEARING**

To accommodate the prior commitments of new counsel for Nominal Defendant UIP Companies, Inc., David Fensterheim, who is entering an appearance on the date of this Motion, and to allow him time to gain a full understanding of the litigation, Defendants Steven Schwat, Peter Bonnell, Stephen Cox, Schwat Realty LLC, Bonnell Realty LLC, and Cox Realty LLC (the "Individual Defendants") request, with Plaintiffs' consent, that the Court continue the hearing on Plaintiffs' Motion to Compel (ECF 49) currently set for May 12 at 1:30pm, until June 1, 2022 or later (the parties are also happy to provide additional dates, or to confer with Chambers regarding the Court's availability).

The Individual Defendants further request, with Plaintiffs' consent, the following modifications to the following case deadlines set forth in the Court's April 22, 2022 Scheduling Order (ECF 73):

- **Close of Fact Discovery** – August 31, 2022 (currently 8/01/2022)

- **Joint Status Report Re Discovery Status** – September 7, 2022 (currently 8/08/2022)

- 2 -

- **Plaintiffs' Expert Reports & Rule 26(a)(2) Disclosures** – September 28, 2022 (currently 8/29/2022)

- **Defendants' Expert Reports & Rule 26(a)(2) Disclosures** – November 28, 2022 (currently 10/27/2022)

- **Plaintiff's Rebuttal Expert Reports & Rule 26(a)(2) Disclosures** – December 12, 2022 (currently 11/10/2022)

- **Close of Discovery** – December 28, 2022 (currently 11/28/2022)

- **Post-Discovery Status Conference** – January 3, 2023 (currently 12/02/2022).

\* \* \* \*

The Individual Defendants note this is the sixth request for modification of the Court's Scheduling Order.

Dated: April 25, 2022                   Respectfully submitted,

/s/ *William C. Miller*
Deborah B. Baum (D.C. Bar No. 393019)
William C. Miller (D.C. Bar No. 187447)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC 20036
Telephone: 202.663.8000
Facsimile: 202.663.8007
deborah.baum@pillsburylaw.com

*Counsel for Defendants Steven Schwat, Peter Bonnell, Stephen Cox, Schwat Realty LLC, Bonnell Realty LLC, and Cox Realty LLC.*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 25, 2022, I electronically filed the foregoing document with the Clerk of the Court using the electronic court filing system, which will provide notification of such filing to all counsel of record.

                                                        */s/ William C. Miller*
                                                        William C. Miller