IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARION COSTER, *et al.*,         *
                                 *
    *Plaintiffs*,             *
                                 *   Civil Action No. 18-CV-1995-APM
v.                               *
                                 *
STEVEN F. SCHWAT, *et al.*,      *
                                 *
    *Defendants*,             *
                                 *
                                 *

## CONSENT MOTION TO MODIFY SCHEDULING ORDER

To provide additional time to complete depositions and to receive bank statements from non-party subpoena recipients,[1] Plaintiffs request, with Defendants' consent, the following modifications to the case deadlines set forth in the Court's November 14, 2022 Minute Order:

- **Close of Fact Discovery** – February 14, 2023 (currently 01/13/2023)

- **Joint Status Report Re Discovery Status** – February 17, 2023 (currently 01/17/2023)

- **Plaintiffs' Expert Reports & Rule 26(a)(2) Disclosures** – March 17, 2023 (currently 02/13/2023)

- **Defendants' Expert Reports & Rule 26(a)(2) Disclosures** – May 16, 2023 (currently 04/14/2023)

- **Plaintiff's Rebuttal Expert Reports & Rule 26(a)(2) Disclosures** – May 30, 2023 (currently 04/28/2023)

- **Close of Discovery** – June 20, 2023 (currently 05/19/2023)

---

[1] The parties stipulate not to serve any additional written party discovery requests.

- 2 -

- **Post-Discovery Status Conference** – June 23, 2023 (currently 05/25/2023).

\*   \*   \*   \*

Plaintiffs note this is the ninth request for modification of the Court's Scheduling Order.

                                 Respectfully submitted,

Dated:  January 12, 2023          */s/Branden Lewiston*
                                 Michael K. Ross (D.C. Bar No. 458573)
                                 Serine R. Consolino (D.C. Bar No. 740826)
                                 Branden Lewiston (D.C. Bar No. 252550)
                                 AEGIS LAW GROUP LLP
                                 801 Pennsylvania Avenue, N.W., Suite 740
                                 Washington, D.C. 20004
                                 Tel: (202) 737-3373
                                 Fax: (202) 735-5071
                                 mross@aegislawgroup.com
                                 sconsolino@aegislawgroup.com
                                 blewiston@aegislawgroup.com

                                 *Counsel for Plaintiffs*


**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2023, I electronically filed the foregoing document with the Clerk of the Court using the electronic court filing system, which will provide notification of such filing to all counsel of record.

                                 */s/Branden Lewiston*
                                 Branden Lewiston