IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARION COSTER, *et al.*, | * |
| | * |
| *Plaintiffs*, | * |
| | *   Civil Action No. 18-CV-1995-APM |
| v. | * |
| | * |
| STEVEN F. SCHWAT, *et al.*, | * |
| | * |
| *Defendants*, | * |
| | * |
| | * |

## JOINT STATUS REPORT REGARDING FACT DISCOVERY

The parties jointly submit the below status report on fact discovery:

1. The parties have substantially completed written party discovery and have stipulated not to serve any additional written party discovery requests.

2. The parties have not completed depositions and third party discovery. The parties agreed to conduct the remaining depositions—including depositions of several parties—at the end of January and the first half of February and are in the processing of scheduling those depositions.

3. The parties are also working to resolve disputes regarding Rule 30(b)(6) deposition topics for UIP Companies, Inc. and Coster Realty LLC.

4. The close of fact discovery was January 13, 2023. On January 12, Plaintiff filed, with Defendants' consent, a motion to modify the scheduling order to provide additional time to complete the remaining fact discovery. *See* ECF No. 83.

5. The parties request that the Court grant the pending consent motion to modify the scheduling order.

Jointly submitted,

Dated:  January 17, 2023

/s/Branden Lewiston
Michael K. Ross (D.C. Bar No. 458573)
Serine R. Consolino (D.C. Bar No. 740826)
Branden Lewiston (D.C. Bar No. 252550)
AEGIS LAW GROUP LLP
801 Pennsylvania Avenue, N.W., Suite 740
Washington, D.C. 20004
Tel: (202) 737-3373
Fax: (202) 735-5071
mross@aegislawgroup.com
sconsolino@aegislawgroup.com
blewiston@aegislawgroup.com

*Counsel for Plaintiffs*

/s/ William Miller
Deborah B. Baum (D.C. Bar No. 393019)
William C. Miller (D.C. Bar No. 187447)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC 20036
Telephone: 202.663.8000
Facsimile: 202.663.8007
deborah.baum@pillsburylaw.com
William.c.miller@pillsburylaw.com

*Counsel for Defendants Steven Schwat, Peter Bonnell, Stephen Cox, Schwat Realty LLC, Bonnell Realty LLC, Cox Realty LLC, and Nominal Defendant UIP Companies, Inc.*

/s/ David Fensterheim
David Fensterheim (D.C. Bar No. 358223)
FENSTERHEIM & BEAN, P.C.
1250 Connecticut Ave., N.W., Suite 700 Washington, D.C. 20036
O: (202) 419-1510
F: (202) 381-7770
M: (202) 841-7500
david@fensterheimandbean.com

*Counsel for Nominal Defendant UIP Companies, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 17, 2023, I electronically filed the foregoing document with the Clerk of the Court using the electronic court filing system, which will provide notification of such filing to all counsel of record.

                                                               */s/Branden Lewiston*
                                                               Branden Lewiston