UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARION COSTER,      Plaintiff,      v.      STEVEN SCHWAT, *et al.*,      Defendants. | Case No. 18-cv-01995 (APM) |

## ORDER

Plaintiff's Unopposed Motion to Modify Scheduling Order, ECF No. 90, is hereby granted. The following schedule shall govern further proceedings:

1. Close of Fact Discovery – March 28, 2023
2. Joint Status Report Re Discovery Status – March 31, 2023
3. Plaintiffs' Expert Reports & Rule 26(a)(2) Disclosures – April 28, 2023
4. Defendants' Expert Reports & Rule 26(a)(2) Disclosures – June 27, 2023
5. Plaintiff's Rebuttal Expert Reports & Rule 26(a)(2) Disclosures – July 11, 2023
6. Close of Discovery – August 1, 2023 (currently 06/20/2023)
7. Post-Discovery Status Conference – August 4, 2023 at 10:00 a.m.

The post-discovery conference scheduled for June 23, 2023, is hereby vacated.

Dated: February 14, 2023

Amit P. Mehta
United States District Court Judge