IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARION COSTER, *et al.*, | * | |
| | * | |
| *Plaintiffs*, | * | |
| | * | Civil Action No. 18-CV-1995-APM |
| v. | * | |
| | * | |
| STEVEN F. SCHWAT, *et al.*, | * | |
| | * | |
| *Defendants*, | * | |
| | * | |
| | * | |

**JOINT STATUS REPORT REGARDING FACT DISCOVERY**

The parties jointly submit the below status report on fact discovery:

1. The close of discovery deadline was March 28, 2023.

2. The parties have completed written fact discovery.

3. The parties have also completed depositions, with two potential exceptions:

    a. First, Defendant UIP Companies, Inc. is preparing supplemental information in response to a topic for its prior Rule 30(b)(6) deposition and will provide that information to Plaintiffs in writing. UIP has agreed to provide a designee to answer questions about the supplemental information if necessary. Additionally, the parties have a dispute regarding Coster Realty's 30(b)(6) deposition, and Defendants state they reserve the right to seek to recall a representative of Coster Realty absent a resolution with the Plaintiffs.

    b. Second, the parties are working to finalize a deal relating to the Kiley, which is the subject of one of Plaintiffs' claims. The parties agreed not to take the deposition of a third party relevant to that claim if the deal is finalized and the deal documents are fully executed. Defendants agreed to consent to Plaintiffs'

- 2 -

                motion to conduct that deposition after the close of fact discovery if the parties fail to execute the deal.

4. The next deadlines on the scheduling order are for the disclosure of Plaintiffs' and Defendants' expert reports.

Jointly submitted,

Dated: March 31, 2023

/s/Branden Lewiston
Michael K. Ross (D.C. Bar No. 458573)
Serine R. Consolino (D.C. Bar No. 740826)
Branden Lewiston (D.C. Bar No. 252550)
AEGIS LAW GROUP LLP
801 Pennsylvania Avenue, N.W., Suite 740
Washington, D.C. 20004
Tel: (202) 737-3373
Fax: (202) 735-5071
mross@aegislawgroup.com
sconsolino@aegislawgroup.com
blewiston@aegislawgroup.com

*Counsel for Plaintiffs*

/s/ William Miller
Deborah B. Baum (D.C. Bar No. 393019)
William C. Miller (D.C. Bar No. 187447)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC 20036
Telephone: 202.663.8000
Facsimile: 202.663.8007
deborah.baum@pillsburylaw.com
William.c.miller@pillsburylaw.com

*Counsel for Individual and LLC Defendants*

/s/ David Fensterheim
David Fensterheim (D.C. Bar No. 358223)
FENSTERHEIM & BEAN, P.C.
1250 Connecticut Ave., N.W., Suite 700 Washington, D.C. 20036
O: (202) 419-1510
F: (202) 381-7770
M: (202) 841-7500
david@fensterheimandbean.com

*Counsel for Nominal Defendant UIP Companies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2023, I electronically filed the foregoing document with the Clerk of the Court using the electronic court filing system, which will provide notification of such filing to all counsel of record.

*/s/Branden Lewiston*
Branden Lewiston
