UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARION COSTER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 18-cv-01995 (APM) |
| ) | |
| STEVEN SCHWAT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

For the reasons stated in the court's Memorandum Opinion, ECF No. 108, Defendants' Joint Motion for Partial Summary Judgment, ECF No. 97, is granted. Judgment is entered in favor of Defendants as to Counts I, II, IV, and VIII through XV of the Second Amended Complaint. Additionally, the parties have stipulated to dismissal of the remaining counts not addressed in the Memorandum Opinion. Stipulation of Partial Dismissal With Prejudice and Without Costs, ECF No. 104.

This is a final, appealable order.

Dated: July 25, 2025

Amit P. Mehta
United States District Judge