### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARION COSTER, *et al.*,  )<br>  )<br>    *Plaintiffs*,  )<br>  )<br>v.  )<br>  )<br>STEVEN F. SCHWAT, *et al.*,  )<br>  )<br>    *Defendants*.  )<br>_____ ) | Civil Action No. 18-CV-1995-APM |

### NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Marion Coster and Coster Realty LLC ("Plaintiffs") hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the final judgment in this action and from the Order of this Court entered on the 25th day of July, 2025, granting Defendants' Partial Motion for Summary Judgment (ECF No. 109).

Dated: July 30, 2025                                Respectfully submitted,

/s/ *Michael K. Ross*
Michael K. Ross (Bar No. 458573)
Serine Consolino (Bar No. 1033847)
AEGIS LAW GROUP LLP
801 Pennsylvania Avenue, N.W., Suite 740
Washington, D.C. 20004
Tel: (202) 737-3373
Fax: (202) 735-5071
mross@aegislawgroup.com
sconsolino@aegislawgroup.com

*Counsel for Plaintiffs*